1
2
3
4
5
6
7

8                                IN THE UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN DUNIGAN,

11            Plaintiff,                         No. CIV S-10-2965 MCE EFB P

12       vs.

13   UNITED STATES, et al.,

14            Defendants.                        FINDINGS AND RECOMMENDATIONS

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983. On April 5, 2011, the court dismissed plaintiff's complaint for failure to state a

18   claim. The dismissal order explained the complaint's deficiencies, gave plaintiff thirty days to

19   file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file

20   an amended complaint would result in a recommendation that this action be dismissed for failure

21   to state a claim. On May 6, 2011, the court granted plaintiff's request for an extension of time

22   and gave plaintiff an additional thirty days in which to file his amended complaint.

23        The 30-day period has expired and plaintiff has not filed an amended complaint or

24   otherwise responded to the court's order.

25   ////

26   ////

1   Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to
2 state a claim.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).
3   These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated: July 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE